# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosenbaum, Robin S. | U.S. District Court for the Southern District of Florida | 05/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

299 E. Broward Blvd., Room 310-A
Fort Lauderdale, Florida 33301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▧▧▧ Irrevocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of Miami School of Law (teaching legal writing course) | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1/2012 | United States Courts -- salary |
| 2. | 5/10/2012 | Holland & Knight -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade Money Market (IRA) | A | Interest | J | T | | | | | |
| 2. Astropower common (IRA Fidelity) | | None | J | T | | | | | |
| 3. Ballard Power Systems common (IRA Fidelity) | | None | J | T | | | | | |
| 4. Bank of America -- checking/savings | A | Interest | J | T | | | | | |
| 5. Cisco Systems common | A | Dividend | J | T | | | | | |
| 6. DiscoverBank Savings and Money Market Account | A | Interest | L | T | | | | | |
| 7. Dodge & Cox Int'l Stock Fund (Holland & Knight 401k plan) | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 8. Domini Social Equity Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. Eagle Small Cap Growth Fund (Holland & Knight 401k) | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 10. Ericsson L M Tel Co ADR (Ameritrade IRA) | A | Dividend | J | T | | | | | |
| 11. Emagin, Inc. common (IRA Fidelity) | | None | J | T | | | | | |
| 12. Fidelity Cash Reserves (IRA) | A | Dividend | J | T | | | | | |
| 13. Fidelity Contrafund (Holland & Knight 401k) | A | Interest | J | T | Buy | 06/01/12 | J | | |
| 14. Fidelity Contrafund (IRA) | A | Dividend | K | T | | | | | |
| 15. Fidelity Low Priced Stock fund (Holland & Knight 401k) | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 16. Fidelity Municipal Money Market | A | Interest | J | T | | | | | |
| 17. Fidelity Retirement Money Market (Holland & Knight 401k) | A | Dividend | J | T | Buy | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Unique NH 2015 Portfolio (529 account) | A | Int./Div. | J | T | Sold (part) | 10/26/12 | L | | |
| 19. Fidelity Unique NH 2018 Portfolio (529 account) | A | Int./Div. | K | T | Buy | 10/26/12 | K | | |
| 20. Fidelity Unique NH Bank Deposit Portfolio (529 account) | A | Int./Div. | M | T | Buy (add'l) | 10/26/12 | L | | |
| 21. Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 22. J2 Global Communications, Inc. common | A | Dividend | J | T | | | | | |
| 23. Janus Twenty Fund (IRA) | A | Dividend | J | T | | | | | |
| 24. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 25. JDS Uniphase Corp. common (Ameritrade IRA) | | None | J | T | | | | | |
| 26. Oppenheimer Capital Appreciation Fund (Mass Mutual) | A | Int./Div. | J | T | | | | | |
| 27. Oppenheimer Midcap Fund (Mass Mutual) | A | Int./Div. | J | T | | | | | |
| 28. Parnassus Fund (IRA) | A | Dividend | K | T | | | | | |
| 29. PIM Total Return Instiutional Bond Fund-- Holland& Knight401k | A | Int./Div. | J | T | Buy | 06/01/12 | J | | |
| 30. Rhythms Netconnections common (Ameritrade IRA) | | None | J | T | | | | | |
| 31. T. Rowe Price College Savings Plan Portfolio 2018-529account | A | Int./Div. | M | T | | | | | |
| 32. T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 33. TZ Limited common (Fidelity IRA) | | None | J | T | | | | | |
| 34. Universal Display Corp. (common) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Institutional Index Fund (Holland & Knight 401k) | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 36. Ameritrade Money Market | A | Interest | J | T | | | | | |
| 37. ishares Silver Trust | A | Int./Div. | | | Sold | 11/08/12 | J | A | |
| 38. Janus Twenty Fund | A | Dividend | | | Sold | 09/10/12 | J | A | |
| 39. Molycorp | | None | | | Sold | 09/10/12 | J | A | |
| 40. Nortel Networks (common) | | None | J | T | | | | | |
| 41. Oracle (common) | A | Dividend | | | Sold | 11/01/12 | J | A | |
| 42. Apple | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A portion of Line 18 was transferred to Lines 19 and 20. No gain is reported as these three lines are part of the same 529 college savings account. Lines 36 through 42 are or were held by                                        account. This has been the case for several years. I derive no income or other benefits from                      investments.

I am the trustee of the                              Irrevocable Trust. I do not receive any income or other benefits from this trust or from serving as the trustee, nor am I a beneficiary of the trust. Also, the trust                                        , so it does not require any additional recusals that would not otherwise have been required. Therefore, the assets of this trust are not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robin S. Rosenbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544